**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 25-23502-GLT |
| | ) | |
| PHILLIPPE R. BOURQUE | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

Brentwood Bank ("Brentwood"), a creditor, hereby enters its appearance in this case, and Justin M. Tuskan and Metz Lewis Brodman Must O'Keefe LLC, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), enter their appearance as Attorneys for Brentwood. Brentwood requests that copies of all notices and pleadings filed in the above-captioned case required by Federal Rules of Bankruptcy Procedure 2002 and 9007, and Section 342 of the Bankruptcy Code, be given to it by service upon its Attorneys at the address below:

Justin M. Tuskan
Metz Lewis Brodman Must O'Keefe LLC
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone: (412) 918-1100
Facsimile: (412) 918-1199
E-Mail: jtuskan@metzlewis.com

The foregoing request includes not only notices, papers and pleadings referred to in the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code specified above but includes, without limitation, all orders, plans, and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise which seek to affect in any way creditors' rights or interests or the debtor or any property of the debtor.

Executed on March 23, 2026

/s/ Justin M. Tuskan
Justin M. Tuskan (PA ID 311235)
Metz Lewis Brodman Must O'Keefe LLC
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone: (412) 918-1100
Fax: (412) 918-1199
jtuskan@metzlewis.com